UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ORTEGA, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>                -against-<br><br>WESTERN POWER SPORTS, INC.,<br><br>                Defendant. | **ORDER**<br><br>21 Civ. 10992 (PGG) (JLC) |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant in this action has not responded to the Complaint or otherwise appeared. Accordingly, by **April 11, 2022**, Plaintiff will move for a default judgment or show cause why this action should not be dismissed for failure to prosecute. Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated: New York, New York
       April 4, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge